**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In Re:

                                                                     Case No.: 8-08-73071-reg
                                                                     In Proceeding Under
                                                                     Chapter 7

**Robert Hutton (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)**
**a/k/a Robert D. Hutton**
**12 Floral Road**                                               **NOTICE OF APPEARANCE**
**Rocky Point, New York 11778**
                                     **Debtor.**
-------------------------------------------------------------x

**S I R (S): PLEASE TAKE NOTICE:**

        **THAT**, the Creditor, **STATE BANK OF LONG ISLAND** appears in this Action and that the undersigned has been retained as attorney for the Creditor and demands that you serve all papers in this Action upon the undersigned at the address stated below.

**Dated:**      **Port Washington, New York**
                **June 20, 2008**

                                                        **Yours, etc.,**

                                                        **PETER SEIDEMAN, ESQ.**
                                                        **Attorney for Creditor**
                                                        **STATE BANK OF LONG ISLAND**
                                                        **20 Vanderventer Avenue**
                                                        **Suite 103W**
                                                        **Port Washington, New York 11050**
                                                        **(516) 767-0812**

**TO:**    **UNITED STATES BANKRUPTCY COURT**
            **290 Federal Plaza**
            **P.O. Box 9013**
            **Central Islip, New York 11722**

            **Harold M. Somer**                           **R. Kenneth Barnard**
            **1025 Old Country Road**               **384 West Main Street**
            **Suite 433**                                 **Babylon, New York**
            **Westbury, New York 11590**

Case No.: 8-08-73071-reg          Year: 2008

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

**Robert Hutton (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)**
**a/k/a/ Robert D. Hutton**
**12 Floral Road**
**Rocky Point, New York 11778**

### NOTICE OF APPEARANCE

**PETER SEIDEMAN, ESQ.**
Attorney for Plaintiff
20 Vanderventer Avenue
Suite 103W
Port Washington, New York 11050
(516) 767-0812

**To:**

**Attorney (s) for:** _____
**Service of a copy of the within** _____ **is hereby admitted.**

**Dated:**                                             _____
                                                     **Attorney (s) for**

                          Yours, etc.,

                          _____
                          **Signature Pursuant to 22NYCRR 130-1.1a**
                          **By: Peter Seideman, Esq.**
                          **Law Office of Peter Seideman**
                          **Attorney for Creditor**
                          **20 Vanderventer Avenue, Suite 103W**
                          **Port Washington, New York 11050**
                          **(516) 767-0812**